JS-6

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IRA A. DAVES
Assistant United States Attorney
California Bar No. 156724
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2443
    Fax: (213) 894-7819
    E-Mail: Ira.Daves@usdoj.gov

Attorneys for Defendants Michael Chertoff, Emilio T. Gonzalez, Jane Arellano, and Robert Mueller

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JIAN FENG, | ) | NO. CV 07-7953-ODW(MANx) |
| | ) | |
| | ) | [~~PROPOSED~~] ORDER APPROVING |
| Plaintiff, | ) | JOINT STIPULATION DISMISSING |
| | ) | ACTION WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | Hon. Otis D. Wright |
| | | United States District Judge |

The Court hereby APPROVES the parties' Joint Stipulation dismissing this action in its entirety without prejudice and ordering Defendants to adjudicate Plaintiff's naturalization within thirty (30) days of the date that this Order is entered.

IT IS SO ORDERED.

DATED: February 26, 2008     _____
                             THE HONORABLE OTIS D. WRIGHT II
                             United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


        /s/
_____
IRA A. DAVES
Assistant United States Attorney
Attorneys for Defendants

2